# EXHIBIT LIST

## EXHIBIT A
Affidavit of Service, Special Process Server

## EXHIBIT B
Sworn Declaration Pursuant To 28 U.S.C.A. § 1746
James Rosemeyer, Contributions Manager

## EXHIBIT C
Sworn Declaration Pursuant To 28 U.S.C.A. § 1746
Daniel P. McAnally, Plaintiffs Attorney

# Exhibit A

**Exhibit   A**

AO 440  (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

TRUSTEES of the REGIONAL COUNCIL OF
CARPENTERS PENSION FUND, WELFARE FUND
and APPRENTICE & TRAINEE PROGRAM FUND

CASE NUMBER:

## 08 C 797

V.

ASSIGNED JUDGE:

BENCHMARK OVERHEAD DOOR CORP.

**JUDGE KENNELLY
MAGISTRATE JUDGE MASON**

DESIGNATED
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

BENCHMARK OVERHEAD DOOR CORP.
c/o STANLEY NIEW, REGISTERED AGENT
NIEW LEGAL PARTNERS
600 HUNTER DRIVE, SUITE 225
OAK BROOK, IL 60523

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

DANIEL P. McANALLY
WHITFIELD McGANN & KETTERMAN
111 E. WACKER DRIVE
SUITE 2600
CHICAGO, IL 60601

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this
summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the
relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time
after service.

**Michael W. Dobbins, Clerk**

_(signature)_

**(By) DEPUTY CLERK**

**February 6, 2008**

**Date**

ClientCaseID:  N7601/DPM
Law Firm ID:   WHITFIEL


\* 1 7 7 8 5 6 A \*

CaseReturnDate:  3/14/08

Affidavit of Special Process Server

## UNITED STATES DISTRICT COURT

Case Number 08C797

I, ERIC L. BEY

FIRST DULY SWORN ON OATH STATES THAT I AM OVER 18 YEARS OF AGE AND NOT A PARTY TO THIS SUIT AND IS A REGISTERED EMPLOYEE OF ILLINOIS DEPARTMENT OF PROFESSIONAL REGULATION PRIVATE DETECTIVE AGENCY #117-001292 STERN PROCESS & INVESTIGATION LLC 205 W. RANDOLPH ST. #1210 CHICAGO IL 60606

## CORPORATE SERVICE

THAT I SERVED THE WITHIN  SUMMONS AND COMPLAINT
ON THE WITHIN NAMED DEFENDANT  Benchmark Overhead Door Corp.
PERSON SERVED  JOE BERGLUND (ATTORNEY)
BY LEAVING A COPY OF EACH WITH THE SAID DEFENDANT ON 2/28/08

That the sex, race and approximate age of the person whom I left the  SUMMONS AND COMPLAINT
are as follow:

| | | | | |
|---|---|---|---|---|
| Sex | MALE | Race | WHITE | Age  47 |
| Height | 6'0" | Build | MEDIUM | Hair  GREY |

LOCATION OF SERVICE   **900  JORIE BLVD STE 122**
**OAK BROOK, IL, 60521**

Date Of Service   2/28/08          Time of Service    10:31 AM

ERIC L. BEY                                     2/28/2008
**Special Process Server**
P.E.R.C.#129-303704

Under penalties of perjury as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statement are true and correct, except as to matters therein stated to be on information and belief and such matters the undersigned certifies as aforesaid that he/she verily believes same to be true.

# Exhibit B

**Exhibit B**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

TRUSTEES of the CHICAGO REGIONAL )
COUNCIL OF CARPENTERS PENSION )
FUND, et al. )
                                  )
            Plaintiffs,           )      Case No.  08 C 797
                                  )
                                  )      Judge Kennelly
       v.                         )
                                  )
BENCHMARK OVERHEAD DOOR CORP. )
                                  )
            Defendant.            )

SWORN DECLARATION PURSUANT TO 28 U.S.C.A. § 1746

James Rosemeyer declares as follows:

1.      I am the Manager of the Employer Contributions Department for the Chicago Regional Council of Carpenters Pension Fund and the Chicago Regional Council of Carpenters Welfare Fund ("Trust Funds") and in such capacity I am authorized to make this Declaration on behalf of the Trust Funds.

2.      The Defendant executed an Agreement with the Chicago and Northeast Illinois Regional Council of Carpenters ("Union") whereby it agreed to be bound by the provisions of a Collective Bargaining Agreement and to all Collective Bargaining Agreements subsequently negotiated.

3.      Pursuant to the provisions of the Agreement and the Collective Bargaining Agreements, the Defendant agreed to be bound by the provisions of the Agreements and Declarations of Trust, which created the Plaintiffs' Trust Funds.

4.      Pursuant to the provisions of the Collective Bargaining Agreements and Trust Agreements, the Defendant is required to submit monthly reports which list the number of hours worked by its carpenter employees and the Defendant is required to pay contributions based upon the hours listed.

5.    The Defendant submitted the contribution reports for the period August 2007 through January 2008 but did not pay the contributions. The reports show that $25,621.71 is owed in ERISA contributions. The Defendant also failed to remit the union dues it withheld from the employees' wages. The amount of dues withheld is $1,623.71 for the period November 2007 through January 2008.

6.    Because of its failure to pay contributions in a timely manner, the Trust Agreement and Collective Bargaining Agreement mandate the assessment of liquidated damages. The liquidated damages calculation was based on the rate set forth in the controlling Trust Agreements, which is 1.5% compounded per month. The amount of liquidated damages owed is $2,415.12 for the period June 2007 through January 2008.

7.    The interest calculation is based on the ERISA Section awarding such interest, 29 U.S.C. §1132(g)(2) and because the relevant Trust Agreements do not specify the rate of interest, the calculations were done pursuant to Section 6621 of the Internal Revenue Code. The amount of interest owed is $502.89.

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Declaration is true and correct.

Date:       April 29, 2007

Signature:   _James Rosa_

2

50168  BENCHMARK OVERHEAD DOOR
3N555 17TH ST
ST CHARLES     IL 60174

|  | FRINGES | DUES | LD'S | INTEREST |
|---|---|---|---|---|
| Jun-07 | $0.00 | $0.00 | $196.37 | $0.00 |
| Jul-07 | $0.00 | $0.00 | $370.29 | $0.00 |
| Aug-07 | $4,496.70 | $0.00 | $493.94 | $158.74 |
| Sep-07 | $4,515.78 | $0.00 | $421.97 | $128.87 |
| Oct-07 | $4,833.11 | $0.00 | $373.52 | $104.36 |
| Nov-07 | $4,693.96 | $655.99 | $288.04 | $70.03 |
| Dec-07 | $3,684.08 | $510.65 | $168.28 | $31.78 |
| Jan-08 | $3,398.08 | $457.07 | $102.71 | $9.11 |
| TOTAL | $25,621.71 | $1,623.71 | $2,415.12 | $502.89 |

TOTAL AMOUNT DUE          $30,163.43

Summary of Contributions, Liquidated Damages & Interest Due
For The Reporting Period(s) Specified Below
Computed Through March 5, 2008

**Employer Information**

| | | |
|---|---|---|
| **File Number** | 50168 | |
| **Name** | BENCHMARK OVERHEAD DOOR | Page Number 1 of 3 |
| **Address** | 3N555 17TH ST | Reference Number: 8-22 |
| **City, State** | ST CHARLES, IL. 60174-0168 | Date Printed: 03/05/2008 |
| **Telephone** | | |

| Reporting Period | Delinquent Contributions | Liquidated Damages (1) | Interest(1) | Total Due |
|---|---|---|---|---|
| August, 2007 | $ 4,496.70 | $ 493.94 | $ 158.74 | $ 5,149.38 |
| September, 2007 | 4,515.78 | 421.97 | 128.87 | 5,066.62 |
| October, 2007 | 4,833.11 | 373.52 | 104.36 | 5,310.99 |
| November, 2007 | 4,693.96 | 288.04 | 70.03 | 5,052.03 |
| December, 2007 | 3,684.08 | 168.28 | 31.78 | 3,884.14 |
| January, 2008 | 3,398.08 | 102.71 | 9.11 | 3,509.90 |
| **Grand Total** | **$ 25,621.71** | **$ 1,848.46** | **$ 502.88** | **$ 27,973.05** |

(1) See Attached Computation
**Total Amount Due : $ 27,973.05 If Paid by March 5, 2008**

Computation of Liquidated Damages
For The Reporting Period(s) Specified Below
Computed Through March 5, 2008

**Employer Information**

| | |
|---|---|
| **File Number** | 50168 |
| **Name** | BENCHMARK OVERHEAD DOOR |
| **Address** | 3N555 17TH ST |
| **City, State** | ST CHARLES, IL. 60174-0168 |
| **Telephone** | |

Page Number 2 of 3
Reference Number: 8-22
Date Computed: 03/05/2008

| Reporting Period | Contributions Due | Computation Base | Compounding Periods | Computed Damages (2) | Total (3) Damages For Reporting Period |
|---|---|---|---|---|---|
| August, 2007 | $ 4,496.70 | $ 4,496.70 | 7 | $ 493.94 | $ 493.94 |
| September, 2007 | 4,515.78 | 4,515.78 | 6 | 421.97 | 421.97 |
| October, 2007 | 4,833.11 | 4,833.11 | 5 | 373.52 | 373.52 |
| November, 2007 | 4,693.96 | 4,693.96 | 4 | 288.04 | 288.04 |
| December, 2007 | 3,684.08 | 3,684.08 | 3 | 168.28 | 168.28 |
| January, 2008 | 3,398.08 | 3,398.08 | 2 | 102.71 | 102.71 |
| Total | $ 25,621.71 | | | $ | 1,848.46 |

*(2) 1.50% Compounded per Month (or portion thereof)*

Computation of Interest
For The Reporting Period(s) Specified Below
Computed Through March 5, 2008

| Employer Information | |
|---|---|
| **File Number** 50168<br>**Name** BENCHMARK OVERHEAD DOOR<br>**Address** 3N555 17TH ST<br>**City, State** ST CHARLES, IL. 60174-0168<br>**Telephone** | Page Number 3 of 3<br>Reference Number: 8-22<br>Date Computed: 03/05/2008 |

| Reporting Period | Contributions Due | Computation Base | Delinquent Period From | Delinquent Period To | Days | Computed Interest (3) | Total Interest For Reporting Period |
|---|---|---|---|---|---|---|---|
| August, 2007 | $ 4,496.70 | $ 4,496.70 | 09/21/2007 | 03/05/2008 | 167 | $ 158.74 | $ 158.74 |
| September, 2007 | 4,515.78 | 4,515.78 | 10/21/2007 | 03/05/2008 | 137 | 128.87 | 128.87 |
| October, 2007 | 4,833.11 | 4,833.11 | 11/21/2007 | 03/05/2008 | 106 | 104.36 | 104.36 |
| November, 2007 | 4,693.96 | 4,693.96 | 12/21/2007 | 03/05/2008 | 76 | 70.03 | 70.03 |
| December, 2007 | 3,684.08 | 3,684.08 | 01/21/2008 | 03/05/2008 | 45 | 31.78 | 31.78 |
| January, 2008 | 3,398.08 | 3,398.08 | 02/21/2008 | 03/05/2008 | 14 | 9.11 | 9.11 |
| **Total** | $ 25,621.71 | | | | | $ | 502.88 |

(3) Compounded Daily per Internal Revenue Code Section 6621

# Exhibit C

**Exhibit   C**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

TRUSTEES of the CHICAGO REGIONAL )
COUNCIL OF CARPENTERS PENSION )
FUND, et al. )
  )
      Plaintiffs, )   Case No. 08 C 797
  )
  )   Judge Kennelly
   v. )
  )
BENCHMARK OVERHEAD DOOR CORP. )
  )
      Defendant. )

SWORN DECLARATION PURSUANT TO 28 U.S.C.A. § 1746

Daniel P. McAnally declares as follows:

1.  I am an associate of the law firm of Whitfield & McGann and am licensed to practice law in the State of Illinois and in the U.S. Dist. Court for Northern District of Illinois, Eastern Division.

2.  I have personal knowledge of the facts stated herein and if called to testify in this matter, I can competently testify to such facts from my own such knowledge.

3.  I have in excess of 13 years experience representing trustees of employee benefit plans, including the prosecution of Federal Court litigation to collect delinquent employer contributions.

4.  The Collective Bargaining Agreement and the Trust Agreements under which this action is based provide for the payment of attorneys' fees and costs incurred if the Trust Funds utilize legal counsel to collect unpaid ERISA contributions.

5.  I have devoted 9.40 hours in connection with the this case at the rate of $175.00 per hour. The total attorney fees billings is $1,645.

6.      In addition, the filing fee was $350.00 and the fees for service of process were an additional $160.00.  These costs total $510.00.

7.      I certify that the attached detailed attorney fees and costs totaling $2,155.00 were necessary and reasonable.


I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Declaration is true and correct.


Date:  April 29, 2007


s/ DANIEL P. McANALLY

Attorney for the Trustees of the Chicago
Regional Council of Carpenters Pension Fund,
et al.

2

| Selection Criteria |
| --- |

| | |
| --- | --- |
| Case (hand select) | Include: CTF-C./N7601/50168 |
| Slip.Classification | Open |
| Case (hand select) | Include: CTF-C./N7601/50168 |
| Slip.Transaction Ty | 1 - 1 |

Rate Info - identifies rate source and level

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | ATTORNEY<br>Activity<br>Case<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
| --- | --- | --- | --- | --- |
| 353303          TIME<br>2/5/2008<br>Billed          G:73022     3/3/2008<br>Review referral from Trust Funds; prepare database and load information regarding case facts, history and legal strategy. Prepare/ Open  file for litigation; review corporate status and registered agent information for legal process. | DPM<br>Billable<br>CTF-C./N7601/50168 | 0.75<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 131.25 |
| 353305          TIME<br>2/6/2008<br>Billed          G:73022     3/3/2008<br>Prepare summons, complaint, appearance forms and civil cover sheet for Trust Funds' claims and compliance matters pursuant to ERISA Sec. 1132, 1145 and Taft-Hartley Act Sec. 301. | DPM<br>Billable<br>CTF-C./N7601/50168 | 2.00<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 350.00 |
| 353306          TIME<br>2/6/2008<br>Billed          G:73022     3/3/2008<br>Prepare the complaint, summons, civil cover sheet and appearance for electronic filing; file the documents. | DPM<br>Billable<br>CTF-C./N7601/50168 | 0.50<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 87.50 |
| 353307          TIME<br>2/12/2008<br>Billed          G:73022     3/3/2008<br>Review complaint filed at the Federal Court; load information regarding the filing date, case number and assigned judge into the database; review (via the Internet) the judge's standing order regarding pre-trial litigation, motion practice and status hearing dates; update file / database regarding same. | DPM<br>Billable<br>CTF-C./N7601/50168 | 0.40<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 70.00 |
| 353308          TIME<br>2/12/2008<br>Billed          G:73022     3/3/2008 | DPM<br>Billable<br>CTF-C./N7601/50168 | 1.00<br>0.00<br>0.00 | 175.00<br>T@7 | 175.00 |

4/30/2008               WHITFIELD, McGANN & KETTERMAN
3:20 PM                      Slip Listing                      Page     2

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | ATTORNEY<br>Activity<br>Case<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| Prepare correspondence to legal process server Scott Forrest Stern & Associates, Inc. regarding service of the summons and complaint on the defendant; prepare correspondence to James Rosemeyer, ERISA Contributions Manager, Chicago District Council of Carpenters' Trust Funds regarding the filling of the complaint; enclose copy of the summons and complaint; docket follow-up dates for service. | | 0.00 | | |
| 354336      TIME<br>3/4/2008<br>Billed      G:73210      4/2/2008<br>Draft correspondence to James Rosemeyer, ERISA Contributions Manager, Chicago District Council of Carpenters' Trust Funds requesting a breakdown of all ERISA fringe benefit contributions owed and the accompanying calculation of liquidated damages and interest pursuant to the terms of the trust agreements and Internal Revenue Code. | DPM<br>Billable<br>CTF-C./N7601/50168 | 0.50<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 87.50 |
| 354335      TIME<br>3/4/2008<br>Billed      G:73210      4/2/2008<br>Review Scott Forrest Stern & Assoc., Inc.'s report on service of the summons and complaint; review process server remarks regarding details of service; review affidavit of service for legality; convert document into pdf format; electronically file the proof of service with the clerk of the U.S. Dist. Court for the Northern Dist. of Illinois; docket follow-up dates for Answer due date. | DPM<br>Billable<br>CTF-C./N7601/50168 | 0.50<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 87.50 |
| 354302      TIME<br>3/4/2008<br>Billed      G:73210      4/2/2008<br>Review e-mail sent by the U.S. Dist. Court for the Northern Dist. of Illinois regarding MINUTE entry before Judge Matthew F. Kennelly :Status hearing set for 5/7/2008 at 09:30 AM. in courtroom 2103. ; download documents to the file folder; print document and enclose in file. | DPM<br>Billable<br>CTF-C./N7601/50168 | 0.25<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 43.75 |
| 354339      TIME<br>3/6/2008<br>Billed      G:73210      4/2/2008<br>Review e-mail sent by the U.S. Dist. Court | DPM<br>Billable<br>CTF-C./N7601/50168 | 0.25<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 43.75 |

| Slip ID | ATTORNEY | Units | Rate | Slip Value |
|---|---|---|---|---|
| Dates and Time | Activity | DNB Time | Rate Info | |
| Posting Status | Case | Est. Time | Bill Status | |
| Description | Reference | Variance | | |

for the Northern Dist. of Illinois regarding
SUMMONS Returned Executed by Trustees
of the Chicago Regional Council of
Carpenters Pension Fund, Chicago Regional
Council of Carpenters Welfare Fund,
Chicago Regional Council of Carpenters
Apprentice & Trainee Program Fund as to
Benchmark Overhead Door Corp. on
2/28/2006, answer due 3/20/2006.; download
documents to the file folder; print document
and enclose in file.

| 355841 | TIME | DPM | 0.25 | 175.00 | 43.75 |
|---|---|---|---|---|---|
| 4/7/2008 | | Billable | 0.00 | T@7 | |
| WIP | | CTF-C./N7601/50168 | 0.00 | | |
| | | | 0.00 | | |

Review correspondence from Trust Fund
employee, Richard Oginski regarding the
amounts owed and calculation of liquidated
damages and interest pusuant to the terms
of the trust agreements and Internal
Revenue Code; download the documents,
print and enclose in the file.

| 357111 | TIME | DPM | 1.00 | 175.00 | 175.00 |
|---|---|---|---|---|---|
| 4/23/2008 | | Billable | 0.00 | T@7 | |
| WIP | | CTF-C./N7601/50168 | 0.00 | | |
| | | | 0.00 | | |

Prepare affidavit for James Rosemeyer,
ERISA Contributions Manager, Chicago
District Council of Carpenters' Trust Funds in
support of the Trust Funds' motion for
default judgment; affidavit to support claim
for ERISA fringe benefit contributions, and
calculation of liquidated damages and
interest pusuant to the terms of the trust
agreements and Internal Revenue Code;
prepare correspondence to Rosemeyer
regarding the affidavit and request for
execution.

| 357113 | TIME | DPM | 0.50 | 175.00 | 87.50 |
|---|---|---|---|---|---|
| 4/24/2008 | | Billable | 0.00 | T@7 | |
| WIP | | CTF-C./N7601/50168 | 0.00 | | |
| | | | 0.00 | | |

Review file for all entries for the attorney
billings and costs incurred; compare with
work performed on the file; prepare attorney
fee declaration / affidavit and exhibits;
incorporate amounts into the motion and
judgment order; prepare the document for
electronic filing.

4/30/2008                          WHITFIELD, McGANN & KETTERMAN
3:20 PM                                      Slip Listing                                    Page        4

| Slip ID | ATTORNEY | Units | Rate | Slip Value |
|---|---|---|---|---|
| Dates and Time | Activity | DNB Time | Rate Info | |
| Posting Status | Case | Est. Time | Bill Status | |
| Description | Reference | Variance | | |
| 357114         TIME | DPM | 1.50 | 175.00 | 262.50 |
| 4/28/2008 | Billable | 0.00 | T@7 | |
| WIP | CTF-C./N7601/50168 | 0.00 | | |
| Review court file to determine if Answer filed; | | 0.00 | | |
| review office file for Answer; confirm Answer | | | | |
| due dates;  review U. S. District Court | | | | |
| website to verify the date and time that the | | | | |
| presiding Judge hears motions; prepare | | | | |
| motion for default judgment pursuant to F. | | | | |
| Rul. Civ. P. 55 for failure to Answer or | | | | |
| otherwise plead. | | | | |

| Grand Total | | | | |
|---|---|---|---|---|
| | Billable | 9.40 | | 1645.00 |
| | Unbillable | 0.00 | | 0.00 |
| | Total | 9.40 | | 1645.00 |

*Filing Fee*                    # 350

*Service*                       # 160

# 2,155.00

**STERN PROCESS & INVESTIGATION, LLC**       Tax ID  04-3801615
205 W. RANDOLPH ST 1210
CHICAGO, IL, 60606          Phone  (312)-853-2150     Fax   (312)-853-3119

**Customer**
WHITFIELD, MCGANN & KETTERMAN
111 E WACKER DRIVE 2600
CHICAGO, IL, 60601        Phone:  (312)-251-9700   Fax: (312)-251-9701

## Invoice#    177856

Date Of Invoice:     2/28/2008

Plaintiff: Trustees of the Regional Council of Carpenters Pension Fund

Court CaseID:   08C797      Firm#  N7601/DPM      Case Returned Date:   3/14/08
County:      UNITED STATES DISTRICT COURT
Process Server:    ERIC L. BEY              ProcessType:    SUMMONS AND COMPLAINT

| Defendant:#1   Benchmark Overhead Door Corp. | Type Of Service:   CORPORATE SERVICE |
|---|---|
| Person Served:    JOE BERGLUND (ATTORNEY) | Date Of Service:  2/28/2008    Time:  10:31 AM |
| Sex  MALE    Age  47    Height 6'0"    Build  MEDIUM    Hair Color  GREY    Race  WHITE | |

| Defendant:#2 | Type Of Service: |
|---|---|
| Person Served: | Date Of Service:    Time: |
| Sex    Age    Height    Build    Hair Color    Race | |

Location   900   JORIE BLVD STE 122, OAK BROOK, IL, 60521     Type Of Premise:   OFFICE

| | | | | |
|---|---|---|---|---|
| Delivery Charge | $55.00 | Rush | $0.00 |
| Bad Address | $0.00 | Filing | $0.00 |
| No Contact | $0.00 | Investigation | $0.00 |
| Database/Skip | $0.00 | Advanced fees | $0.00 |
| | | **Total:** | **$55.00** |
| Date Received | Check No | Amount Received | $0.00 |
| | | Balance Due | $55.00 |

INFORMATION DEEMED RELIABLE BUT NOT GUARANTEED
PAYABLE UPON RECEIPT, 2% PER MONTH

**STERN PROCESS & INVESTIGATION, LLC**      Tax ID  04-3801615
205 W. RANDOLPH ST 1210
CHICAGO, IL, 60606        Phone  (312)-853-2150      Fax  (312)-853-3119

Customer
WHITFIELD, MCGANN & KETTERMAN
111 E WACKER DRIVE 2600
CHICAGO, IL, 60601        Phone:  (312)-251-9700  Fax:  (312)-251-9701

## Invoice#    177209

Date Of Invoice:    2/20/2008

Plaintiff: Trustees of the Regional Council of Carpenters Pension Fund

Court CaseID:   08C797        Firm#  N7601/DPM        Case Returned Date:   3/14/08
County:        UNITED STATES DISTRICT COURT
Process Server:    ERIC L. BEY                ProcessType:    SUMMONS AND COMPLAINT

| Defendant:#1   Benchmark Overhead Door Corp. | | | | Type Of Service:    NON-SERVICE | |
|---|---|---|---|---|---|
| Person Served: | | | | Date Of Service:   2/18/2008    Time:  10:49 AM | |
| Sex | Age | Height | Build | Hair Color | Race |

| Defendant:#2 | | | | Type Of Service: | |
|---|---|---|---|---|---|
| Person Served: | | | | Date Of Service: | Time: |
| Sex | Age | Height | Build | Hair Color | Race |

Location   600   Hunter Drive #225, Oak Brook, IL, 60523        Type Of Premise:   BUSINESS

| | | | | |
|---|---|---|---|---|
| Delivery Charge | $0.00 | Rush | $0.00 |
| Bad Address | $55.00 | Filing | $0.00 |
| No Contact | $0.00 | Investigation | $0.00 |
| Database/Skip | $50.00 | Advanced fees | $0.00 |

Total:    **$105.00**

Date Received            Check No            Amount Received        $0.00

Balance Due        $105.00

**INFORMATION DEEMED RELIABLE BUT NOT GUARANTEED**
**PAYABLE UPON RECEIPT, 2% PER MONTH**

ClientCaseID:  N7601/DPM          CaseReturnDate:   3/14/08
Law Firm ID:   WHITFIEL



*177209A*          Affidavit of  Special Process Server

# UNITED STATES DISTRICT COURT
Case Number **08C797**

I, **ERIC L. BEY**

FIRST DULY SWORN ON OATH STATES THAT I AM OVER 18 YEARS OF AGE AND NOT A PARTY TO THIS SUIT AND IS A REGISTERED EMPLOYEE OF ILLINOIS DEPARTMENT OF PROFESSIONAL  REGULATION PRIVATE DETECTIVE AGENCY  #117-001292 STERN PROCESS & INVESTIGATION LLC 205 W. RANDOLPH ST. #1210 CHICAGO IL 60606

## NON-SERVICE

DEFENDANT NAME **Benchmark Overhead Door Corp.**
I HAVE ATTEMPTED TO SERVE     **SUMMONS AND COMPLAINT**
AT THE LOCATION   600  Hunter Drive #225                     **Oak Brook, IL, 60523**
BEING A            **BUSINESS**
ON THE DEFENDANT ON THIS CAUSE AND HAVE BEEN UNABLE TO SERVE BECAUSE:

I MADE CONTACT WITH JENNIFER (FEMALE, WHITE, 32) OF WARREN INTERNATIONAL IN SUITE 250, WHO ADVISED THAT THE BUSINESS MOVED OUT OF THE BUILDING 1 MONTH AGO.  BAD ADDRESS. UNABLE TO SERVE.  A SKIPTRACE LOCATED THE DEFENDANT TO 900 JORIE BLVD STE 122, OAK BROOK, IL 60521.  SERVICE WILL BE ATTEMPTED AT THIS ADDRESS.

Date Of Last Attempt    **2/18/08**          Time        **10:49 AM**

ERIC L. BEY                              2/20/2008
**Special Process Server**
P.E.R.C.#129-303704

Under penalties of perjury as provided by law pursuant to Section 1-109 of the Code of Civil Procedure the undersigned certifies that the statement are true and correct, except as to matters therein stated to be on information and belief and such matters the undersigned certifies as aforesaid that he/she verily believes same to be true.