## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Matthew F. Kennelly | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 797 | **DATE** | 5/6/2008 |
| **CASE TITLE** | Trustees vs. Benchmark | | |

**DOCKET ENTRY TEXT**

Hearing held on motion for default judgment. Motion is granted. Enter Order. Default judgment is entered against defendant, Benchmark Overhead Door Corp. , in the amount of $32,318.43.

■ [ For further detail see separate order(s).]     Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | OR |
|---|---|---|