IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES of the CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND, CHICAGO REGIONAL COUNCIL OF CARPENTERS WELFARE FUND, CHICAGO REGIONAL COUNCIL OF CARPENTERS APPRENTICE & TRAINEE FUND,<br><br>Plaintiffs,<br><br>v.<br><br>BENCHMARK OVERHEAD DOOR CORP.<br><br>Defendant. | Case No. 08 C 797<br><br>Judge Kennelly |

## JUDGMENT ORDER

WHEREAS, the Plaintiffs filed their Complaint on February 6, 2008 and the Defendant was personally served with copies of Summons and Complaint; and

WHEREAS, the Defendant has failed to answer or otherwise plead; and

NOW THEREFORE, upon application of the Plaintiffs and for good cause shown, a default is hereby entered against the Defendant in accordance with the prayer of the Complaint in the above styled action; and

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment is entered in behalf of the Plaintiffs and against the Defendant, BENCHMARK OVERHEAD DOOR CORP., in the sum of **$32,318.43** representing the following amounts:

| | | |
|---|---|---:|
| a) | ERISA Contributions (08/07 - 01/08) | $25,621.71 |
| b) | Interest on ERISA Contributions | $502.89 |
| c) | Liquidated Damages (06/07 - 01/08) | $2,415.12 |
| d) | Union Dues (11/07 - 01/08) | $1,623.71 |
| e) | Attorney Fees and Costs | $2,155.00 |
| | **TOTAL** | **$32,318.43** |

ENTERED:

_____
MATTHEW F. KENNELLY
UNITED STATES DISTRICT JUDGE

DATED: May 6, 2008