## United States District Court for the Northern District of Illinois

Case Number: 08CV797          Assigned/Issued By: DAJ

Judge Name: KENNELLY         Designated Magistrate Judge:

---

### FEE INFORMATION

*Amount Due:*  ☐ $350.00   ☐ $39.00   ☐ $5.00

☐ IFP   ☐ No Fee   ☐ Other _____

☐ $455.00

Number of Service Copies _____          Date: _____

(For Use by Fiscal Department Only)

Amount Paid: _____          Receipt #: _____

Date Payment Rec'd: _____          Fiscal Clerk: _____

---

### ISSUANCES

☐ Summons                                    ☐ Alias Summons

☐ Third Party Summons                        ☐ Lis Pendens

☐ Non Wage Garnishment Summons               ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons         _____

☑ Citation to Discover Assets                _____
                                             (Victim, Against and $ Amount)

☐ Writ _____
       (Type of Writ)

__2__ Original and __2__ copies on __06/03/08__ as to __LASALLE BANK CORP__
                                      (Date)
(THIRD PARTY), BENCHMARK OVERHEAD DOOR CORP.  NO NOTICES
_____

C:\wpwin80\docket\feeinfo.frm     03/14/05